PEOPLE *v* MCKISSACK. Appeal from Recorder's Court of Detroit, George W. Crockett, Jr., J. Submitted Division 1 January 4, 1972, at Lansing. (Docket No. 11603.) Decided January 28, 1972. Leave to appeal denied, 387 Mich 766.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Thomas M. Khalil*, Assistant Prosecuting Attorney, for the people.

*Arthur J. Tarnow*, State Appellate Defender, and *Larry R. Farmer*, Assistant Defender, for defendant.

Before: DANHOF, P. J., and MCGREGOR and QUINN, JJ.

MEMORANDUM OPINION. Defendant was convicted of assault with intent to rob being unarmed, and appeals. The people have filed a motion to affirm.

Upon examination of the briefs and record, it is manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission.

Motion to affirm granted.